# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

ROBERT BLOSSNER
VIK PAWAR

TEL (212) 571 0805
FAX (212) 571 0938

www.pawarlaw.com

April 1, 2022

**BY ECF**
The Honorable Sanket J. Bulsara
Eastern District of New York

Re:    *Dey v. Bryan et al.,* 22 CV 1728 (CBA) (SJB)

Dear Judge Bulsara:

My firm represents the plaintiff in this action and I write in response to Your Honor's Order to Show Cause as to why this case should not be dismissed for lack of jurisdiction.

Attached is the First Amended Complaint ("FAC"). The FAC removes all references to NYS law and the CPLR and more specifically addresses the Court's concerns in the following paragraphs:

**JURISDICTION**
This Court has jurisdiction because of complete diversity between the defendants and the plaintiff and the amount in controversy exceeds $75,000.00.

20. Plaintiff, **ASIATIC DEY** suffered injuries to his neck (3 bulging discs that causes him pain when he moves his head from side to side), tear in his shoulder (even after one year of therapy he cannot comfortably lie down in bed and surgery has been recommended), lower back (although he has a prior bulged disc, as a result of the accident, he has a second one and its extremely uncomfortable for him to sit and continue working his employment as a taxi-driver). Plaintiff has also suffered mental injuries and loss of income because of these injuries.

23. That Plaintiff, **ASIATIC DEY,** sustained serious physical, mental and economic injuries.

**WHEREFORE**, Plaintiff **ASIATIC DEY,** demands judgment against the Defendants, **UNION LEASING INC.** and **OWEN BRYAN** herein, in a sum exceeding $75,000.00 together with the costs and disbursements of this action.

1

       I respectfully submit that these changes in the FAC addresses the issue of federal jurisdiction.  If, however, the Court still believes that jurisdiction is lacking, plaintiff has no objections if the Court wishes to decline to exercise jurisdiction.  Plaintiff is prepared to answer any further questions or concerns, the Court might have.

       Thank you.

       Respectfully,

/s
Vik Pawar (VP9101)